**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6126

PHILLIP MARK SHAFER,

                    Petitioner - Appellant,

          v.

KEVIN BRANDT, Superintendent; JAMES PERRY, Historic Program
Director; DIRK KEMPTHORNE, Secretary; WILL REYNOLDS, U.S. Park
Police,

                    Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (8:07-
cv-00219-PJM)

Submitted:  September 16, 2008     Decided:  September 18, 2008

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Phillip Mark Shafer, Appellant Pro Se.  Alex Samuel Gordon, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Mark Shafer appeals the district court's orders denying relief on his complaint filed pursuant 42 U.S.C. §§ 1985, 1986 (2000), and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Shafer v. Brandt, No. 8:07-cv-00219-PJM (D. Md. Dec. 20, 2007 & Mar. 5, 2008). We deny Shafer's pending motions for appointment of counsel and for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED